■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MACK, Appellant. [623 NYS2d 160] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered December 4, 1990, convicting him of attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Lawrence, Krausman and Florio, JJ., concur.